UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-394-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 52]** |
| DWIGHT DEWEY BRISTOL, JR., ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 52 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the **30** day of **November**, 2020.

JAMES C. DEVER III
United States District Judge