IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00394-D

UNITED STATES OF AMERICA :
:
v. :
:
DWIGHT DEWEY BRISTOL, JR. :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on August 17, 2020, and the defendant's guilty plea to offenses in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 924(c)(1)(A), the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), to wit:

(a) A .380 caliber Smith & Wesson model M&P Bodyguard handgun bearing serial number KDF7369 and any and all ammunition.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3).

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement, all of the Defendant's interest in the identified personal property listed herein are herewith forfeited to the United States for disposition according to law, including destruction.

1

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED, this 1 day of December, 2020.

JAMES C. DEVER III
United States District Judge